(76 South. 717)

No. 22795.

DELONEY v. VILLAGE OF COLUMBIA
et al.

In re VILLAGE OF COLUMBIA.

(Oct. 29, 1917.)

*(Syllabus by the Court.)*

INJUNCTION ☞105(1) — SUBJECTS — EXECU-
TION OF CRIMINAL STATUTE.

No court has the power by injunction to
restrain the execution of a criminal statute, ex-
cept where property rights are involved.

A. J. Deloney was convicted in mayor's
court of selling near beer in violation of an
ordinance of the Village of Columbia, and,
pending his appeal to the district court, he
sued out an injunction in that court against
the Village of Columbia and others on the
ground that the ordinance was unconstitu-
tional, and the Village of Columbia applied
for writs of prohibition and certiorari. Writ
of prohibition issued against judge of Thir-
tieth judicial district court and Deloney for-
bidding them to proceed with injunction suit.

Hundley & Hawthorn, of Alexandria, for
relator. George Wear, Jr., of Jena, for re-
spondent.

SOMMERVILLE, J. A. J. Deloney, a res-
ident of the village of Columbia, parish of
Caldwell, which is dry territory, was charged
with and convicted of selling near beer in
violation of an ordinance of said village
which prohibited the sale of such beverage.
Deloney was convicted and sentenced by the
mayor's court, and he appealed from that
judgment and the sentence to the district
court. While his appeal was pending in said
court, Deloney sued out an injunction against
the village of Columbia et al., in the same
court in which the appeal was pending, al-
leging in his petition that the village of Co-
lumbia had enacted an ordinance prohibiting
the sale of such beverages as near beer, with
a maximum penalty not to exceed a $100 fine,
with a maximum term of imprisonment not
to exceed 30 days, or both, for the violation
thereof and that said ordinance was illegal
and unconstitutional, being violative of both
the federal and the state Constitutions.

In the case of Hottinger v. New Orleans,
42 La. Ann. 629, 8 South. 575, it was held:
"No court has the power by injunction to
restrain the execution of a criminal statute."
The ruling has been affirmed in State v.
Judge, 48 La. Ann. 1448, 21 South. 28, and in
other cases.

The plaintiff and judge of the district court
have not made an appearance in this court.

It is therefore ordered that a writ of pro-
hibition issue to the judge of the Thirtieth
judicial district court, in and for the parish
of Caldwell, and to A. J. Deloney, forbidding
them to proceed further with the trial of the
injunction suit No. 1643 on the docket of
said court, entitled A. J. Deloney v. Village
of Columbia et al.; all at the cost of A. J.
Deloney.